Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Keith Carter

V.

City of Chicago, Officer Jerry Doskocz (Star #6573), Officer Kenneth Flaherty (Star #13584) and Officer Michael Bilina (Star #3707)

CASE NUMBER: **08 C 870**

ASSIGNED JUDGE:

DESIGNATED MAGISTRATE JUDGE:

**JUDGE GOTTSCHALL**
**MAGISTRATE JUDGE ASHMAN**

TO: (Name and address of Defendant)

Officer Michael Bilina, Star #3707
Chicago Police Department
3510 S. Michigan Avenue
Chicago, IL 60653

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Brian J. Barrido
Dvorak, Toppel & Barrido
3859 W. 26th Street
Chicago, Illinois 60623

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_Anya Ellis_

(By) DEPUTY CLERK



February 11, 2008

Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 2/13/08 |
| NAME OF SERVER (PRINT) Brian Barrido | TITLE Attorney |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Daniel Paluck #8467
CPD
3510 S. Michigan Ave. Chicago, IL 60653

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 0 | 0 | 0 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2/13/08
_Date_

_Signature of Server_

3859 W. 26th St. Chicago, IL 60623
_Address of Server_

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.