IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KEITH CARTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 08 C 870 |
| v. | ) | |
| | ) | |
| CITY OF CHICAGO, | ) | |
| a municipal corporation, | ) | |
| OFFICER JERRY DOSKOCZ, Star # 6573, | ) | Judge Gottschall |
| a City of Chicago Police Officer, | ) | |
| in his individual capacity, | ) | Magistrate Judge Ashman |
| OFFICER KENNETH FLAHERTY, Star # 13584, | ) | |
| a City of Chicago Police Officer, | ) | |
| in his individual capacity, | ) | |
| OFFICER MICHAEL BILINA, Star # 3707, | ) | |
| a City of Chicago Police Officer, | ) | |
| in his individual capacity, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF AGREED MOTION

To:  Brian J. Barrido
     Dvorak, Toppel & Barrido
     3859 W. 26th St.
     Chicago, IL 60623

**PLEASE TAKE NOTICE** that I shall appear before the Honorable Judge Gottschall, or before such other judge sitting in his place, on the **17th day of April, 2007, at 9:30 a.m.,** and then and there present the attached **AGREED MOTION TO FILE DEFENDANTS' ANSWER INSTANTER**.

**DATED** this 8th day of April, 2008.

                                                                                      Respectfully submitted,

                                                                                      /s/ David Selmer
                                                                                       DAVID N. SELMER
30 N. LaSalle Street, Suite 1400               Assistant Corporation Counsel
Chicago, Illinois 60602
(312) 744-6905
(312) 744-6566 (Fax)