# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 870 | **DATE** | 4/16/2008 |
| **CASE TITLE** | Carter vs. City of Chicago, et al | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 5/7/2008 at 9:30AM. Defendants' agreed motion to file their answer instanter [14] is granted. Parties to file joint consent to proceed before Magistrate Judge Ashman. Status hearing set for 5/7/2008 at 9:30AM will be stricken when this court receives joint consent.

Docketing to mail notices.

00:04

| | Courtroom Deputy Initials: | RJ |
|---|---|---|