# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                   Case Number: 08 C 870

Keith Carter,
Plaintiff,
v.
City of Chicago et al,
Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff

| | |
|---|---|
| **NAME (Type or print)** <br> Matthew C. Robison | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) <br> s/ Matthew C. Robison | |
| **FIRM** <br> Dvorak, Toppel & Barrido, LLC. | |
| **STREET ADDRESS** <br> 3859 W. 26th Street | |
| **CITY/STATE/ZIP** <br> Chicago, IL 60623 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)** <br> 6291925 | **TELEPHONE NUMBER** <br> 773-521-1300 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? YES ☐ NO ☑ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? YES ☐ NO ☑ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? YES ☐ NO ☑ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES ☐ NO ☑ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |