UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Keith Carter
                    Plaintiff,

v.                                          Case No.: 1:08−cv−00870
                                            Honorable Joan B. Gottschall

City of Chicago, et al.
                    Defendant.


NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Friday, April 25, 2008:

        MINUTE entry before Judge Honorable Joan B. Gottschall:This court having received the parties' joint consent to proceed before Magistrate Judge Ashman strikes May 7, 2008 status hearing. Mailed notice(rj, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.