# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Martin C. Ashman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 870 | **DATE** | 6/27/2008 |
| **CASE TITLE** | Keith Carter vs. Chicago Police Officers Jerry Doskocz, et al. | | |

**DOCKET ENTRY TEXT**

Enter agreed order of dismissal. All of the claims of plaintiff, Keith Carter, against defendants, City of Chicago, Jerry Doskocz, Kenneth Flaherty and Michael Bilina, are dismissed with prejudice and with each side bearing its own costs and attorneys' fees in accordance with the terms of the release and settlement agreement. Civil case terminated.

■ [ For further detail see separate order(s).]     Docketing to mail notices.

FILED
2008 JUN 27 PM 12: 05
CLERK
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | IS |
|---|---|---|

Case 1:08-cv-00870     Document 25     Filed 06/27/2008     Page 1 of 1

08C870 Keith Carter vs. Chicago Police Officers Jerry Doskocz, et al.     Page 1 of 1