IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KEITH CARTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 08 C 870 |
| ) | |
| CHICAGO POLICE OFFICERS JERRY ) | |
| DOSKOCZ (#6573), KENNETH FLAHERTY ) | |
| (#13584), MICHAEL BILINA (#3707) and the ) | Magistrate Judge Ashman |
| CITY OF CHICAGO, ) | |
| ) | |
| Defendants. ) | |

### AGREED ORDER OF DISMISSAL

This matter coming before the Court on the Stipulation of the parties, the parties having reached agreement to settle this matter, and the respective parties being represented by counsel, plaintiff, Keith Carter, by one of his attorneys, Brian J. Barrido, and defendants, Jerry Doskocz, Kenneth Flaherty and Michael Bilina, by one of their attorneys, David Selmer, and defendant City of Chicago, by its attorney, Mara S. Georges, Corporation Counsel of the City of Chicago, and the parties having entered into a Release and Settlement Agreement and Stipulation to Dismiss, the Court being otherwise fully advised in the premises, hereby incorporates the terms of the Release and Settlement Agreement herein and further orders as follows:

All of the claims of plaintiff, Keith Carter, against defendants, City of Chicago, Jerry Doskocz, Kenneth Flaherty and Michael Bilina, are dismissed with prejudice and with each side bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement.

David Selmer
Assistant Corporation Counsel
30 North LaSalle Street
Suite 1400
Chicago, Illinois 60602
(312) 744-6905
Attorney No. 06283972

ENTER: _____
The Honorable ~~Joan B. Gottschall~~ Ashman
United States District Judge

DATED: JUN 27 2008