MHN

EASTERN DIVISION

**FILED**
JUN 2 7 2008
MARTIN C. ASHMAN
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| KEITH CARTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 08 C 870 |
| | ) | |
| CHICAGO POLICE OFFICERS JERRY | ) | |
| DOSKOCZ (#6573), KENNETH FLAHERTY | ) | |
| (#13584), MICHAEL BILINA (#3707) and the | ) | Magistrate Judge Ashman |
| CITY OF CHICAGO, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement executed by the parties and, therefore, this cause should be dismissed with prejudice and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal.

_[signature]_
Brian J. Barrido
Attorney for plaintiff,
Keith Carter
Dvorak, Toppel & Barrido
3859 W. 26th Street
Chicago, Illinois 60623
(312) 521-1300
Attorney No. 6274524
DATE: 6/13/08

Respectfully submitted,
CITY OF CHICAGO a Municipal Corporation

MARA S. GEORGES
Corporation Counsel
Attorney for City of Chicago

BY: _[signature]_
David Selmer
Assistant Corporation Counsel
Attorney for defendants,
Jerry Doskocz, Kenneth Flaherty and
Michael Bilina
30 North LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 744-6905
Attorney No. 06283972
DATE: 6/25/08

08 C 870